Case No. 17-5098 C. Francis Medical Center v. Eric D. Hargan, Acting Secretary of the United States Department of Health and Human Services Mr. Morrison for the Appellants, Ms. Patterson for the Appellants
judges: Garland, Kavanaugh, Katsas